D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KATHLEEN MAHLER,

                Plaintiff,

    -against-                                  **ORDER**
                                              11-CV-6160 (SJF)(AKT)

THE SOUTHAMPTON HOSPITAL
ASSOCIATION, LAWRENCE RUBIN, P.A.,
KATHY A. BERGER-WALKER, TOWN OF
EAST HAMPTON, TOWN OF EAST HAMPTON
POLICE DEPARTMENT, SGT. NELSON VARGAS,
and POLICE OFFICER RAYMOND RAU,

                Defendants.
-------------------------------------------------------------X
FEUERSTEIN, District Judge:

      By order dated January 5, 2012, the Court directed the pro se plaintiff to serve her complaint upon the defendants by April 17, 2012. See Federal Rule of Civil Procedure 4(m). The order warned that if plaintiff failed to serve the complaint by that date, or if plaintiff failed to show good cause why such service had not been effected, the action would be dismissed without prejudice. To date, the plaintiff has not filed proof of service nor has she otherwise communicated with the Court. Accordingly, the complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of the Court is directed to close this case.

**SO ORDERED.**

                                                            s/ Sandra J. Feuerstein
                                                            Sandra J. Feuerstein
                                                             United States District Judge

Dated:    May 7, 2012
             Central Islip, New York