UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KATHLEEN MAHLER,

                Plaintiff,

  - against -

THE SOUTHAMPTON HOSPITAL ASSOCIATION,
LAWRENCE RUBIN, P.A., KATHY A. BERGER-
WALKER, TOWN OF EAST HAMPTON, TOWN OF
EAST HAMPTON POLICE DEPARTMENT, SGT.
NELSON VARGAS and POLICE OFFICER
RAYMOND RAU,

                Defendants.

-------------------------------------------------------------------X

**JUDGMENT**
CV-11-6160 (SJF)(AKT)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 11 2012 ★

LONG ISLAND OFFICE

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 7, 2012, dismissing plaintiff's action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; and that this case is hereby closed.

Dated: Central Islip, New York
        May 11, 2012

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                            By:    /s/ Catherine Vukovich
                                    Deputy Clerk